UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 MAY 28 PM 2:15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Everardo Herrera-Villegas,<br><br>　　　　　　Defendant. | CASE NO. 10CR1046-JAH<br><br>**JUDGMENT OF DISMISSAL** |

　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

　X　 an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

___　of the offense(s) of:

　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/14/10

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　John A. Houston
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　ENTERED ON _____